NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE SAFFORD, DOC #243373,       )
                                   )
        Appellant,                 )
                                   )
v.                                 )        Case No. 2D17-4794
                                   )
STATE OF FLORIDA,                  )
                                   )
        Appellee.                  )
_____)

Opinion filed August 3, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Willie Safford, pro se.

PER CURIAM.

        Affirmed.

KELLY, LUCAS, and ATKINSON, JJ., Concur.